# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **LED WAFER SOLUTIONS LLC,** *Plaintiff,* § § § | |
| | 6-21-CV-00292-ADA |
| *v.* § § | |
| **SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,** *Defendants.* § § § § | |

## ORDER AMENDING TEXT ORDER

IT IS HEREBY ORDERED that the Court's July 31, 2021 Text Order Granting Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 14) is **AMENDED** as follows:

Before the Court is Defendants' Motion to Dismiss claims of willful and indirect infringement. ECF No. 14. After careful consideration of the Parties' briefs and the applicable law, the Court **GRANTS** the motion **WITHOUT PREJUDICE**. However, the Court **ORDERS** that Plaintiff be allowed to take discovery related to these claims when discovery opens. The Court also **GRANTS** Plaintiff leave to amend its pleadings to reassert these claims after the start of discovery if it is able to substantiate those allegations. Plaintiff shall have up to and including three months from the opening of discovery to amend its pleadings on a good faith basis under Rule 11. IT IS SO ORDERED.

SIGNED this 3rd day of August, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE