# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| LED WAFER SOLUTIONS LLC | § | |
| --- | --- | --- |
| Plaintiff, | § § § | |
| v. | § | Case No. 6:21-cv-292 |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## AMENDED SCHEDULING ORDER

| Event | Deadline |
| --- | --- |
| Defendants serve preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendants contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendants contend are directed to ineligible subject matter under section 101. Defendants shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). | October 29, 2021 |
| Parties exchange claim terms for construction. | November 5, 2021 |
| Parties exchange proposed claim constructions. | December 3, 2021 |
| Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. | December 8, 2021 |
| Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. | December 15, 2021 |

| | |
|---|---|
| Defendants file Opening claim construction brief, including any arguments that any claim terms are indefinite. | December 22, 2021 |
| Plaintiff files Responsive claim construction brief. | January 14, 2021 |
| Defendants file Reply claim construction brief. | January 28, 2022 |
| Plaintiff files a Sur-Reply claim construction brief. | February 11, 2022 |
| Parties submit Joint Claim Construction Statement. In addition to filing, the parties shall jointly submit, via USB drive, Dropbox (not another cloud storage), or email to the law clerk, pdf versions of all as-filed briefing and exhibits. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. | February 14, 2022 |
| Parties submit optional technical tutorials to the Court and technical advisor (if appointed). | February 16, 2022 |
| Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). | February 16, 2022 |
| *Markman* Hearing at 9:00 a.m. | March 3, 2022 |
| Deadline to add parties. | March 29, 2022 |
| Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. | April 12, 2022 |
| Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. | June 7, 2022 |
| Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. | August 9, 2022 |
| Close of Fact Discovery. | September 6, 2022 |
| Opening Expert Reports. | September 16, 2022 |
| Rebuttal Expert Reports. | October 18, 2022 |

| Close of Expert Discovery. | November 8, 2022 |
|---|---|
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | November 15, 2022 |
| Dispositive motion deadline and *Daubert* motion deadline. | November 22, 2022 |
| Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | December 6, 2022 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | December 15, 2022 |
| Serve objections to rebuttal disclosures and File Motions *in limine*. | December 22, 2022 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. | January 12, 2023 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | January 12, 2023 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | January 24, 2023 |
| Final Pretrial Conference. | January 27, 2023 |
| Jury Selection/Trial. | February 16, 2023 |

Signed this 17th day of November, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE