IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LED WAFER SOLUTIONS LLC,<br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | C.A. No. 6:21-CV-00292-ADA<br>JURY TRIAL REQUESTED |

**SAMSUNG'S NOTICE REGARDING PENDING MOTION FOR INTER-DISTRICT TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

Pursuant to the Court's "Second Amended Standing Order Regarding Motion for Inter-District Transfer" dated August 18, 2021, Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Samsung") provide the following status report regarding their motion for inter-district transfer of venue to the Northern District of California under 28 U.S.C. § 1404(a) (ECF No. 40):

1. Samsung's motion for inter-district transfer is not yet fully briefed and is not yet ready for resolution. Plaintiff LED Wafer Solutions LLC served venue discovery requests upon Samsung on December 7, 2021, and venue discovery has not yet concluded.

2. According to the Court's "Amended Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases" dated June 8, 2021, venue and jurisdictional discovery will be completed by February 26, 2022, and all transfer-related briefing will be completed by March 26, 2022.

3. The *Markman* hearing in this case is currently scheduled for March 3, 2022.

Dated: February 3, 2022

OF COUNSEL:

John M. Desmarais (*pro hac vice*)
Email: jdesmarais@desmaraisllp.com
Cosmin Maier (*pro hac vice*)
Email: cmaier@desmaraisllp.com
Yung-Hoon Ha (*pro hac vice*)
Email: yha@desmaraisllp.com
Frederick J. Ding (State Bar No. 5651633)
Email: fding@desmaraisllp.com
Robert B. Dunteman (*pro hac vice*)
Email: rdunteman@desmaraisllp.com
Alexandra E. Kochian (*pro hac vice*)
Email: akochian@desmaraisllp.com
Benjamin N. Luehrs
Email: bluehrs@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

/s/ *Brian C. Nash*
Brian C. Nash
State Bar No. 24051103
Email: brian.nash@pillsburylaw.com
Austin M. Schnell
State Bar No. 24095985
Email: austin.schnell@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, Texas 78701
(512) 580-9629

*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on February 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on all counsel of record.

                                          */s/ Brian C. Nash*
                                          Brian C. Nash