# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LED WAFER SOLUTIONS LLC | § § | |
| vs. | § § | NO: WA:21-CV-00292-ADA |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SEOUL SEMICONDUCTOR CO | § | |

## ORDER SETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MARKMAN HEARING by Zoom on March 03, 2022 at 09:00 AM.

IT IS SO ORDERED this 7th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE