# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LED WAFER SOLUTIONS LLC,<br>*Plaintiff* | §<br>§<br>§<br>§ | |
| -vs- | §<br>§ | W-21-CV-00292-ADA |
| SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SEOUL SEMICONDUCTOR CO,<br>*Defendants* | §<br>§<br>§<br>§ | |

## ORDER TO WITHDRAW

The Second Amended Scheduling Order (ECF No. 54) was errantly filed given the Notice Regarding Pending Motion for Inter-District Transfer to the Northern District of California (ECF No. 51). Accordingly, the Court **WITHDRAWS** ECF No. 54. A new amended scheduling order will be filed that reflects the updated dates.

SIGNED this 9th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE