# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LED WAFER SOLUTIONS LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants,<br><br>and<br><br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>　　　　Intervenor-Defendant | Case No. 6:21-cv-292-ADA<br><br>**JURY TRIAL DEMANDED** |

## THIRD AMENDED SCHEDULING ORDER

| Event | Deadline |
|---|---|
| Defendants file Reply claim construction brief. | February 2, 2022 |
| Plaintiff files Sur-Reply claim construction brief. | February 16, 2022 |
| Parties submit Joint Claim Construction Statement. In addition to filing, the parties shall jointly submit, via USB drive, Dropbox (not another cloud storage), or email to the law clerk, pdf versions of all as-filed briefing and exhibits. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. | February 21, 2022 |
| Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). | March 4, 2022 |
| Deadline to add parties. | March 29, 2022 |
| Parties submit optional technical tutorials to the Court and technical advisor (if appointed). | April 5, 2022 |
| *Markman* Hearing at 9:00 a.m. | April 15, 2022 |
| Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not | June 10, 2022 |

| | |
|---|---|
| relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. | |
| Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. | July 12, 2022 |
| Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. | August 9, 2022 |
| Close of Fact Discovery. | September 6, 2022 |
| Opening Expert Reports. | September 16, 2022 |
| Rebuttal Expert Reports. | October 18, 2022 |
| Close of Expert Discovery. | November 8, 2022 |
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | November 15, 2022 |
| Dispositive motion deadline and *Daubert* motion deadline. | November 22, 2022 |
| Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | December 6, 2022 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | December 15, 2022 |
| Serve objections to rebuttal disclosures and File Motions *in limine*. | December 22, 2022 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. | January 12, 2023 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com | January 12, 2023 |

| | |
|---|---|
| Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | January 24, 2023 |
| Final Pretrial Conference. | January 27, 2023 |
| Jury Selection/Trial. | February 16, 2023 |

Signed this 11th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE