# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LED WAFER SOLUTIONS LLC,<br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>　　　　　　Defendants,<br><br>and<br><br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>　　　　　　Intervenor-Defendant. | C.A. No. 6:21-CV-00292-ADA<br>JURY TRIAL REQUESTED |

**SAMSUNG'S NOTICE REGARDING PENDING MOTION FOR INTER-DISTRICT TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

Pursuant to the Court's "Second Amended Standing Order Regarding Motion for Inter-District Transfer" dated August 18, 2021, Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Samsung") provide the following status report regarding their motion for inter-district transfer of venue to the Northern District of California under 28 U.S.C. § 1404(a) (ECF No. 40):

1. Samsung's motion for inter-district transfer is not yet fully briefed and is not yet ready for resolution.

2. Plaintiff LED Wafer Solutions LLC ("Plaintiff") served venue discovery requests upon Samsung on December 7, 2021.

3. According to the Court's "Amended Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases" dated June 8, 2021 ("Venue Order"), venue and jurisdictional discovery closed on February 26, 2022, and Plaintiff's opposition to Samsung's motion was due on or before March 12, 2022.

4. Plaintiff filed its opposition on March 14, 2022.  *See* ECF No. 62.

5. According to the Court's Venue Order, Samsung's reply is due two weeks after the filing of Plaintiff's opposition.  Samsung's reply is therefore due on March 28, 2022.

6. The *Markman* hearing in this case is currently scheduled for April 15, 2022.

Dated:  March 18, 2022

By: /s/ *Benjamin N. Luehrs*

OF COUNSEL:

John M. Desmarais (*pro hac vice*)
Email: jdesmarais@desmaraisllp.com
Cosmin Maier (*pro hac vice*)
Email: cmaier@desmaraisllp.com
Yung-Hoon Ha (*pro hac vice*)
Email: yha@desmaraisllp.com

Brian C. Nash
State Bar No. 24051103
Email: brian.nash@pillsburylaw.com
Austin M. Schnell
State Bar No. 24095985
Email: austin.schnell@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700

2

Frederick J. Ding (State Bar No. 5651633)  
Email: fding@desmaraisllp.com  
Alexandra E. Kochian (*pro hac vice*)  
Email: akochian@desmaraisllp.com  
Benjamin N. Luehrs  
Email: bluehrs@desmaraisllp.com  
DESMARAIS LLP  
230 Park Avenue  
New York, NY 10169  
Telephone: 212-351-3400  
Facsimile: 212-351-3401  

Austin, Texas 78701  
(512) 580-9629  

*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

2

3

**CERTIFICATE OF SERVICE**

I certify that on March 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on all counsel of record.

<i>/s/ Benjamin N. Luehrs</i><br>
Benjamin N. Luehrs