UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LED WAFER SOLUTIONS LLC<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants,<br><br>and<br><br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>Intervenor-Defendant. | Case No. 6:21-cv-292-ADA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF LED WAFER SOLUTIONS, LLC'S NOTICE OF DEFENDANTS' PETITIONS FOR *INTER PARTES* REVIEW**

Pursuant to the Order Governing Proceedings Version 4.0, Plaintiff LED Wafer Solutions, LLC hereby notifies the Court of the status of the following Petitions for *Inter Partes* Review filed by Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Seoul Semiconductor Co. Ltd. that are relevant to Civil Action No. 6:21-CV-292-ADA.

**Resolved Petitions for *Inter Partes* Review:**

- IPR2021-01491 (U.S. Patent No. 8,952,405) was filed on September 3, 202, by Petitioner and Defendant Samsung Electronics Co., Ltd.[1]

  o Status: Institution denied.

- IPR2021-01479 (U.S. Patent No. 8,952,405) was filed on September 7, 2021, by Petitioner and Defendant Seoul Semiconductor Co., Ltd.

---

[1] In each of the listed Petitions for *Inter Partes* Review filed by Samsung Electronics Co., Ltd., the real parties-in-interest were identified as Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.

1

- o   Status: Institution denied.

- IPR2021-01506 (U.S. Patent No. 8,941,137) was filed on September 7, 2021, by Petitioner and Defendant: Samsung Electronics Co., Ltd.

  - o   Status: Institution denied.

- IPR2021-01504 (U.S. Patent No. 9,502,612) was filed on September 8, 2021, by Defendant and Petitioner Seoul Semiconductor Co., Ltd.

  - o   Status: Institution denied.

- IPR2021-01516 (U.S. Patent No. 8,941,137) was filed on September 10, 2021, by Defendant and Petitioner Seoul Semiconductor Co., Ltd.

  - o   Status: Institution denied.

- IPR2021-01526 (U.S. Patent No. 9,786,822) was filed on September 10, 2021, by Defendant and Petitioner Samsung Electronics Co. Ltd.

  - o   Status: Institution Denied

**Pending Petitions for *Inter Partes* Review:**

- IPR2021-01554 (U.S. Patent No. 9,502,612) filed on September 20, 2021, by Defendant and Petitioner: Samsung Electronics Co. Ltd.

  - o   Expected Institution Decision by April 21, 2022.
  - o   Expected Final Written Decision, if any, by April 21, 2023.

| | |
|---|---|
| Dated: March 22, 2022 | Respectfully Submitted,<br><br>*/s/ Bradley D. Liddle*<br><br>E. Leon Carter<br>lcarter@carterarnett.com<br>Texas Bar No. 03914300<br>Scott W. Breedlove<br>sbreedlove@carterarnett.com<br>State Bar No. 00790361<br>Joshua J. Bennett<br>jbennett@carterarnett.com<br>Texas Bar No. 24059444<br>Bradley D. Liddle<br>bliddle@carterarnett.com<br>Texas Bar No. 24074599<br>Nathan Cox<br>ncox@carterarnett.com<br>Texas Bar No. 24105751<br>CARTER ARNETT PLLC<br>8150 N. Central Expy, 5th Floor<br>Dallas, Texas 75206<br>Telephone No. (214) 550-8188<br>Facsimile No. (214) 550-8185<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**LED WAFER SOLUTIONS, LLC** |