# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LED Wafer Solutions LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc.,<br><br>        Defendants,<br><br>Seoul Semiconductor Co. Ltd.,<br><br>        Intervenor-Defendant. | Case No. 6:21-cv-292-ADA<br>**JURY TRIAL DEMANDED** |

**INDEX OF NON-CONFIDENTIAL EXHIBITS TO DKT. NO. 68:**

**DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR INTER-DISTRICT TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

The following exhibits are hereby being publicly filed as exhibits to the above-referenced Sealed Reply:

1. Exhibit Y - Court Information - Eastern District of Texas - United States District Court

2. Exhibit Z - Court Information - Northern District of Texas - United States District Court

3. Exhibit AA - Get to Know Us - Fluence by OSRAM

4. Exhibit BB - 2603 Sedgeway Ln, Carrollton, TX 75006 to 800 Franklin Avenue, Waco, TX - Google Maps

5. Exhibit HH - STC.UNM Complaint - WDTX-6-19-cv-00329-1

6. Exhibit JJ – Notice of Subpoena

    7. Exhibit LL - Lumileds Subpoena Proofs of Service

| | |
|---|---|
| Dated: March 28, 2022 | */s/ Michael E. Jones* |
| | Michael E. Jones (Texas Bar No. 10929400) |
| | **Potter Minton, P.C.** |
| | 110 North College, Suite 500 |
| | Tyler, Texas, 75702 |
| | +1 (903) 597-8311 |
| | +1 (903) 593-0846 facsimile |
| | mikejones@potterminton.com |
| | |
| | John M. Desmarais (pro hac vice) |
| | Email: jdesmarais@desmaraisllp.com |
| | Cosmin Maier (pro hac vice) |
| | Email: cmaier@desmaraisllp.com |
| | Yung-Hoon Ha (pro hac vice) |
| | Email: yha@desmaraisllp.com |
| | Frederick J. Ding (State Bar No. 5651633) |
| | Email: fding@desmaraisllp.com |
| | Alexandra E. Kochian (pro hac vice) |
| | Email: akochian@desmaraisllp.com |
| | Benjamin N. Luehrs |
| | Email: bluehrs@desmaraisllp.com |
| | DESMARAIS LLP |
| | 230 Park Avenue |
| | New York, NY 10169 |
| | Telephone: 212-351-3400 |
| | Facsimile: 212-351-3401 |
| | *Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.,* |