# Exhibit Y

[Skip to main content](#)

- [Contact Us](#)
- [Subscribe](#)

# Court Information

## You are here

[Home](#)

The Eastern District of Texas is made up of 43 of the 254 counties in Texas. Three of the cities in the Eastern District of Texas are on the list of the top twenty most populous cities in Texas--Plano, McKinney and Frisco.

32 district judges have served on the Eastern District of Texas bench since the district was created on February 21, 1857. The court currently has eight active district judges, three senior judges, and eight full-time magistrate judges.

- [Court Information](#)
- [United States Court Sites](#)
- [Judges](#)
- [Rules & Orders](#)
- [Filing](#)
- [Resources](#)
- [FAQs](#)
- [Attorneys](#)
- [Jurors](#)
- [Pro Se](#)
- [Forms](#)