# Exhibit AA





## Our Mission

At Fluence, we're on a mission to improve the interaction between light and life to yield a healthier and more sustainable world.

## OUR HISTORY

Fluence was founded in Austin, Texas in 2013 by forward-thinking entrepreneurs Nick Klase and Randy Johnson to build custom-spectrum LED solutions.

With a desire to bring innovation to the market, they were the first to introduce white light that mimics sunlight. The solutions Fluence launched were a stark departure from the inefficient lighting systems cultivators previously relied on. Fluence lights used less energy, lasted longer, and ran cooler, enabling tiered setups that multiplied indoor grow spaces while achieving impressive savings in energy, HVAC, and water costs.

In 2014, the company branched out from the research space and began designing systems that could lead to more sustainable forms of crop production. The result was a diverse product portfolio that allowed the world's largest greenhouses and indoor farms to move away from wasteful legacy lighting to the quality, output, and reduced footprint realized by LED grow lights.

In 2018, Fluence was acquired by the Munich-based lighting manufacturer, OSRAM. By combining Fluence's proven leadership in LED-based horticulture lighting systems with OSRAM's expertise in lighting technologies, sensors, and connectivity, Fluence is today empowering cultivators worldwide to increase their output and quality, while achieving new margins and profits.

The scientific revolution that inspired our founding continues apace. With a strategy built on the latest research and evidence, Fluence is poised to remain at the vanguard of these advances, delivering intelligent plant growth solutions to help cultivators grow smarter.

**OUR LEADERSHIP**

## ASSOCIATIONS & PARTNERSHIPS

     





