# Exhibit BB

Google Maps    2603 Sedgeway Ln, Carrollton, TX 75006 to 800 Franklin Avenue, Waco, TX    Drive 114 miles, 1 hr 48 min



Map data ©2022 Google    10 mi

**2603 Sedgeway Ln**
Carrollton, TX 75006

**Get on Dallas North Tollway S in Dallas from Trinity Mills Rd**
6 min (2.4 mi)

↑  1.  Head west on Sedgeway Ln toward Willowgate Ln
                                                                184 ft
↱  2.  Turn right onto Willowgate Ln
                                                                0.1 mi
↱  3.  Turn right onto Trinity Mills Rd/E Trinity Mls Rd
       ⓘ Continue to follow Trinity Mills Rd
       ⓘ Pass by Subway (on the right in 0.7 mi)
                                                                2.1 mi
↱  4.  Turn right onto Dallas Pkwy
                                                                299 ft
↥  5.  Use the left lane to take the ramp onto Dallas
       North Tollway S
       ⚠ Toll road
                                                                0.1 mi

**Follow Dallas North Tollway S, I-35E S and I-35 S to N
Interstate 35 Frontage Rd/S Jack Kultgen Expy/J H Kultgen**