# Exhibit LL

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

LED Wafer Solutions LLC

CIVIL ACTION NO.: 6:21-CV-00292-ADA

vs

*Plaintiff*

Samsung Electronics Co., Ltd., et al.

*Defendant*

## AFFIDAVIT OF SERVICE

State of California }
County of Sacramento }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of California.

That on **03/25/2022** at **3:52 PM** at **2710 Gateway Dr. Suite 150N, Sacramento, CA 95833**

deponent served a(n) **Subpoena to Testify at a Deposition in a Civil Action, Attachments A-B and Exhibits 1-19**

on **Lumileds LLC c/o Corporation Service Company Which Will Do Business in California as CSC-Lawyers Incorporating Service**, Registered Agent,

by delivering thereat a true copy to **Koy Saechao** personally, authorized to accept service thereof.

Description of Person Served:
Gender: Female
Skin: Asian
Hair: Black
Age: 30 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

At the time of said service, deponent paid (tendered) in advance $96.00 the authorized traveling expenses and one day's witness fee.

Sworn to before me this
     day of March, 2022
SEE ATTACHED FOR
NOTARIAL WORDING & SEAL
-----------------------------------
               NOTARY PUBLIC

Katrina Williams
Sacramento County Reg#: 2015-10

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____        _____
*Signature of Document Signer No. 1*      *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Sacramento

Subscribed and sworn to (or affirmed) before me on this __28__ day of __March__, 20__22__,
 by
(1) __Katrina Williams__
(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

LISA ANN HYLAN
Notary Public - California
Nevada County
Commission # 2266658
My Comm. Expires Nov 12, 2022

Seal
Place Notary Seal Above

―――――――――― **OPTIONAL** ――――――――――
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)     Item #5910

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

LED Wafer Solutions LLC

CIVIL ACTION NO.: 6:21-CV-00292-ADA

vs

*Plaintiff*

Samsung Electronics Co., Ltd., et al.

*Defendant*

## AFFIDAVIT OF SERVICE

State of California }
County of Sacramento } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of California.

That on **03/25/2022** at **3:52 PM** at **2710 Gateway Dr. Suite 150N, Sacramento, CA 95833**

deponent served a(n) **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Attachments A-B and Exhibits 1-19**

on **Lumileds LLC c/o Corporation Service Company Which Will Do Business in California as CSC-Lawyers Incorporating Service**, Registered Agent,

by delivering thereat a true copy to **Koy Saechao** personally, authorized to accept service thereof.

Description of Person Served:
Gender: Female
Skin: Asian
Hair: Black
Age: 30 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

Sworn to before me this
day of March, 2022
SEE ATTACHED FOR
NOTARIAL WORDING & SEAL

-----------------------------------------
NOTARY PUBLIC

-----------------------------------------
Katrina Williams
Sacramento County Reg#: 2015-10

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____     _____
Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of **Sacramento**

Subscribed and sworn to (or affirmed) before me on this **28** day of **March**, 20**22**,
    Date            Month            Year
by
(1) **Katrina Williams**

(and (2) _____ ),
             Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

LISA ANN HYLAN
Notary Public - California
Nevada County
Commission # 2266658
My Comm. Expires Nov 12, 2022

Signature _____
          Signature of Notary Public

Seal
Place Notary Seal Above

———————————————— **OPTIONAL** ————————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910