IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LED Wafer Solutions LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc.,<br><br>　　　　　　Defendants,<br><br>Seoul Semiconductor Co. Ltd.,<br><br>　　　　　　Intervenor-Defendant. | Case No. 6:21-cv-292-ADA<br>**JURY TRIAL DEMANDED** |

**ORER GRANTING SAMSUNG'S MOTION FOR INTER-DISTRICT TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

Before the Court is Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc.'s ("SEA") (collectively "Samsung") Motion for Inter-District Transfer to the Northern District of California (the "Motion to Transfer"). The Court has considered the Motion to Transfer and is of the opinion that the Motion to Transfer is meritorious, and it is therefore **ORDERED** that Samsung's Motion to Transfer is **GRANTED**.

　　SIGNED this __ day of _____, 2022.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE