IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LED WAFER SOLUTIONS LLC,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　Defendants,<br><br>and<br><br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>　　　　　Intervenor-Defendant. | C.A. No. 6:21-CV-00292-ADA<br>JURY TRIAL REQUESTED |

**SAMSUNG'S NOTICE REGARDING PENDING MOTION FOR INTER-DISTRICT TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

Pursuant to the Court's "Second Amended Standing Order Regarding Motion for Inter-District Transfer" dated August 18, 2021, Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Samsung") provide the following status report regarding their motion for inter-district transfer of venue to the Northern District of California under 28 U.S.C. § 1404(a) (ECF No. 40):

1. Samsung's motion for inter-district transfer is fully briefed and is ready for resolution.

2. The *Markman* hearing in this case is currently scheduled for April 15, 2022.

Dated: March 29, 2022

OF COUNSEL:

John M. Desmarais (*pro hac vice*)
Email: jdesmarais@desmaraisllp.com
Cosmin Maier (*pro hac vice*)
Email: cmaier@desmaraisllp.com
Yung-Hoon Ha (*pro hac vice*)
Email: yha@desmaraisllp.com
Frederick J. Ding (State Bar No. 5651633)
Email: fding@desmaraisllp.com
Alexandra E. Kochian (*pro hac vice*)
Email: akochian@desmaraisllp.com
Benjamin N. Luehrs
Email: bluehrs@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

By: /s/ *Benjamin N. Luehrs with permission, by Michael E. Jones*

Michael E. Jones (Texas Bar No. 10929400)
Potter Minton, P.C.
110 North College, Suite 500
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile
mikejones@potterminton.com

*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*