# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LED WAFER SOLUTIONS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:21-CV-00292-ADA |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SEOUL SEMICONDUCTOR CO | § | |

## ORDER CANCELLING MARKMAN HEARING

   IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MARKMAN HEARING** on **Friday, April 15, 2022 at 09:00 AM is hereby CANCELLED until further order of the court**.

   IT IS SO ORDERED this 8th day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE