# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LED WAFER SOLUTIONS LLC,<br>*Plaintiff* | § § § § | |
| -vs- | § § | W-21-CV-00292-ADA |
| SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SEOUL SEMICONDUCTOR CO,<br>*Defendants* | § § § § | |

## ORDER OF LIMITED REFERRAL

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, the *Markman* hearing and claim construction order are referred to United States Magistrate Judge Derek T. Gilliland.

SIGNED this 14th day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE