UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LED WAFER SOLUTIONS LLC | § § § | |
| vs. | § § § | NO:  WA:21-CV-00292-ADA |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SEOUL SEMICONDUCTOR CO | | |

### ORDER SETTING MARKMAN HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MARKMAN HEARING VIA ZOOM for purposes of limited referral on Tuesday May 10, 2022 at 09:00 AM before the Honorable Derek T. Gilliland. The Zoom link will be sent via email.

SIGNED this 19th day of April, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE