**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

LED WAFER SOLUTIONS LLC,

vs.                                            Case No.:   C.A. No. 6:21-CV-00292-ADA

SAMSUNG ELECTRONICS CO., LTD. et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Mark S. Raskin                              , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  LED Wafer Solutions LLC                      in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

King & Wood Mallesons LLP                       with offices at:

Mailing address:  500 Fifth Avenue, 50th Floor

City, State, Zip Code:  New York, NY 10110

Telephone:  212 319 4755                  Facsimile:  917 591 8167

2.    Since  7/30/2001                     , Applicant has been and presently is a

member of and in good standing with the Bar of the State of  New York           .

Applicant's bar license number is  3989100                                    .

3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| US District Court for the SDNY | 8/2001 |
| US District Court for the EDNY | 8/2001 |
| US District Court for the EDTX | 2/2005 |

4.      Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.      I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:21cv00107 _____ on the 14 day of June _____, 2021 .

Number: 6:21cv00109 _____ on the 14 day of June _____, 2021 .

Number: _____ on the ____ day of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.     Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel: __Bradley D. Liddle_____

Mailing address: __CARTER ARNETT PLLC, 8150 N. Central Expy, 5th Floor__

City, State, Zip Code: __Dallas, Texas 75206_____

Telephone: __(214) 550-8188_____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

__Mark S. Raskin_____ to the Western District of Texas pro hac vice for this case only.


Respectfully submitted,

Mark S. Raskin
_____
[printed name of Applicant]

_____
[signature of Applicant]


## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the __12__ day of __April_____, __2022__.


Mark S. Raskin
_____
[printed name of Applicant]

_____
[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

LED WAFER SOLUTIONS LLC,

vs.                                    Case No.:  C.A. No. 6:21-CV-00292-ADA

SAMSUNG ELECTRONICS CO., LTD. et al.


# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by <u>Mark S. Raskin</u>, counsel for

<u>LED Wafer Solutions LLC</u>, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

<u>Mark S. Raskin</u> may appear on behalf of <u>LED Wafer Solutions LLC</u>

in the above case.

IT IS FURTHER ORDERED that <u>Mark S. Raskin</u>, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of <u>April</u>, 20_____.


_____
UNITED STATES DISTRICT JUDGE